UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANNA VERBSKY SAGAMI
and
DESIGN-A-WAY PUBLICATIONS LLC,

                Plaintiffs,            Case No. 3:10-cv-152

v.

PALMER MARKETING ENT, LLC
and
CENTER COURT DIRECT, INC,

                Defendants.

---

**PLAINTIFFS' DAUBERT MOTION TO EXCLUDE OPINION TESTIMONY OF JEFFREY CORDRAY**

---

Plaintiffs, Anna Verbsky Sagami ("Sagami") and Design-A-Way Publications LLC, ("Design-A-Way") (collectively "Plaintiffs") move this Court pursuant to Federal Rules of Evidence §702, for an Order precluding certain testimony of Defendants Palmer Marketing ENT, LLC's and Center Court Direct, Inc.'s expert witness Jeffrey Cordray.

This Motion is supported by the following documents:

1.     Plaintiffs' Memorandum of Law in Support of Plaintiffs' Daubert Motion to Exclude Opinion Testimony of Jeffrey Cordray;

2.     Affidavit of Attorney Margery Tibbetts-Wakefield along with the following attachments:

        a. Copy of Pertinent Portions of the Transcript of the November 4, 2011 Deposition of Jeffrey Cordray;
        b. Copy of the August 22, 2011 Report of Jeffrey Cordray ;

- 2 -

Dated this 14th day of November, 2011.

                                              **MURPHY DESMOND S.C.**
                                              Attorneys for Plaintiffs

                                              By: /s/_____
                                                   Margery Tibbetts-Wakefield
                                                   State Bar No. 1012321
                                                   400 Midland Court, Suite 102
                                                   Janesville, WI 53546
                                                   (608) 257-7181

4820-7659-6750, v. 1