## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

ANNA VERBSKY SAGAMI, et al.,

                Plaintiffs,                Case No. 10-cv-152

v.

PALMER MARKETING ENT, LLC, et al.,

                Defendants.

## DECLARATION OF JEFFREY J. CORDRAY

1.      I, Jeffrey J. Cordray, am a Vice President of Laurits R. Christensen Associates, Inc., an economic consulting firm. In 1995 I joined Laurits R. Christensen Associates, Inc. as a staff economist, and also served as an economist and senior economist prior to being named a Vice President in 2006.

2.      After earning a B.S. in Economics from Bemidji State University-Minnesota in 1993, I was awarded a M.A. in Economics from the University of Alabama in 1995.

3.      Throughout the course of my professional career as an economist I have been performing economic analyses and providing my expertise in a variety of litigation contexts, including over 60 matters involving intellectual property. Although I had not provided testimony in a copyright infringement case until my recent deposition in the above-captioned case, I have worked on and performed economic analyses in a number of

copyright infringement cases.  For example, I have provided my professional expertise in copyright infringement cases involving bearings, bobble head dolls, camouflage patterns, and computer software.  Additionally, I have lectured on copyright damages at the University of Wisconsin Law School. My most recent lecture on copyright damages was on October 24, 2011.  The name of the class is Copyright Law, and it is taught by Professor Shubha Ghosh (himself a PhD in economics).  During the prior academic year I also gave two lectures on damages in Copyright Law and an additional lecture on damages in Intro to Intellectual Property (also taught by Professor Ghosh).

4.      In addition to providing testimony in this case, I have provided deposition or trial testimony based on my economic analysis of damages claims in twelve different cases since 2007.

5.      I have never been disqualified or precluded by a court from testifying as an expert in any case for which my services have been retained.

6.      As explained in my expert report, I was asked in this case to review and comment on the Plaintiffs' Disclosure and Itemization of Damages.  I was not asked to, nor did I express opinions with regard to liability.  The opinions expressed in my expert report solely concern Plaintiffs' alleged damages, and if asked to do so I will testify about the opinions expressed in my report.

7.      My economic analysis performed in this case relied on information provided

2

to me and is based on fundamental economic principles and calculations.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of November, 2011.

_____

Jeffrey J. Cordray